UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICAH SOMES, *et al.*, <br><br>    Plaintiffs, <br><br>v. <br><br>UNITED STATES OF AMERICA, *et al.*, <br><br>    Defendants. | No. CV-13-0156-RHW <br><br>**ORDER GRANTING STIPULATED MOTION FOR ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulation and Motion for Order of Dismissal. ECF No. 26. The Plaintiffs are represented by attorney Eowen S. Rosentrater and Defendant is represented by Assistant United States Attorney Tim M. Durkin. This motion was decided without oral argument.

The parties jointly move the Court for an order of dismissal. ECF No. 26 at 1. Based on the agreement of the parties, the Court dismisses the above-captioned matter pursuant to Fed. R. Civ. P. 41(a)(2). This matter is dismissed with prejudice and without costs.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation and Motion for Order of Dismissal, **ECF No. 26**, is **GRANTED.**

2. The above-captioned matter is **DISMISSED** with prejudice and without costs.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file**.

**ORDER GRANTING STIPULATED MOTION FOR ORDER OF DISMISSAL** ~ 1

**DATED** this 17th day of August, 2015.

*s/ Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR ORDER OF DISMISSAL** ~ 2